## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG.** Viktor Pohorelsky     **DATE:** 3/25/16

**DOCKET NUMBER:** 16 M 162     **LOG #:** 2:30- 2:31

**DEFENDANT'S NAME:** Christopher Arroyo
____ Present  ____ Not Present  ____ Custody  ____ Bail

**DEFENSE COUNSEL:** Samuel Jacobson
____ Federal Defender  ____ CJA  ____ Retained

**A.U.S.A:** Karthik Srinivisan     **DEPUTY CLERK:** S Mynn

**INTERPRETER:** _____ (Language) _____

____ Hearing held. _____ Hearing adjourned to _____

____ Defendant was released on _____ PRB with/without some conditions.

____ Defendant was advised of bond conditions by the Court and signed the bond.

____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

____ Additional surety (ies) to co-signed bond by _____

____ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay entered.   Code Type ____   Start 3/25   Stop 5/27/16.

____ Order of Speedy Trial entered.   Code Type ____   Start ____   Stop ____

____ Defendant's first appearance.   ____ Defendant arraigned on the indictment.

____ Attorney Appointment of ____ FEDERAL DEFENDER ____ CJA

____ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

____ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** _____