**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

July 28, 2016

By ECF and Electronic Mail
The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Arroyo, 16-CR-376 (JBW)

Dear Judge Weinstein:

    I write, with no objection from the government, to request an adjournment of the initial status conference currently scheduled for August 2, 2016, to August 4 at 10:30am. Defense counsel is on trial on August 2.

    In contemplation of the parties' continuing discovery review and disposition discussions, Mr. Humphrey consents to the exclusion of time through the date of the conference, pursuant to 18 U.S.C. § 3161(h)(7)(A).

    Thank you for your consideration of this request.

                                        Respectfully Submitted,

                                            /s/
                                        Samuel Jacobson
                                        (718) 407-7429

cc:    AUSA Karthik Srinivasan (by ECF)