## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE _WEINSTEIN_   DATE: _9/27/16_   TIME _11:00 am_

DOCKET NUMBER: _CR16-376_   TITLE _U.S.A. -v- Arroyo_

DEFT. NAME: _Christopher Arroyo_   DEFT. # _____
✓ Present ___ Not Present ✓ In custody ___ On Bail

ATTY. FOR DEFT: _Sam Jacobson_
✓ Present ___ Not Present

DEFT. NAME: _____   DEFT. # _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

DEFT. NAME _____   DEFT. # _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

DEFT. NAME _____   DEFT. # _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

DEFT. NAME _____   DEFT. # _____
___ Present ___ Not Present ___ In custody ___ On Bail

ATTY. FOR DEFT: _____
___ Present ___ Not Present

ASST. U.S. ATTORNEY _Maura Penza_   DEPUTY CLERK: JUNE LOWE

COURT REPORTER _L. Marino_   ESR REPORTER _____

INTERPRETER _____   OTHER _____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

✓ Case called.

✓ PTC Held.   ___ PTC ADJOURNED TO _____ at _____

___ Pretrial Order signed.

✓ MOTION CONFERENCE held on _deft's_

motion ~~to~~/for _bail_

Arguments heard - Evidentiary hearing held.

✓ Motion granted.         (MOTGR___)

___ Motion denied.         (MOTDN___)

___ Decision RESERVED.

___ Decision ENTERED ON THE RECORD.

___ Hearing adjourned to _____

_Conditions stated on the record. Respectfully referred to the Magistrate Judge to reduce bail requirements & conditions to writing._

___ SPEEDY TRIAL INFORMATION for defts _____

Code Type: X-_____      Start Date: _9/27/16_
                        Stop Date: _11/14/16_

___ JURY SELECTION BEFORE MAGISTRATE JUDGE _____

___ JURY SELECTION BEFORE THIS COURT _____

___ TRIAL DATE _____

OTHER: _Further status 11/14/16 @ 10:30 am_
_Exhibits 1-3 entered at hearing._
_Exhibits 1 and 2 filed under seal._