## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE **WEINSTEIN**   DATE: **11/23/16**   TIME **11 am**

DOCKET NUMBER: **CR16-376**   TITLE **U.S.A. -v- Arroyo**

DEFT. NAME: **Christopher Arroyo**   DEFT. # _____
____Present  **✓**Not Present  **✓**In custody ____On Bail

ATTY. FOR DEFT: **Samuel Jacobson**
____Present  **✓**Not Present

DEFT. NAME: _____ DEFT.# _____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

DEFT. NAME _____ DEFT.# _____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

DEFT. NAME _____ DEFT.# _____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

DEFT. NAME _____ DEFT.# _____
____Present ____Not Present ____In custody ____On Bail

ATTY. FOR DEFT: _____
____Present ____Not Present

ASST. U.S. ATTORNEY **K. Sriniwasan**   DEPUTY CLERK: **JUNE LOWE**

COURT REPORTER **R. Barry** _____ ESR REPORTER _____

INTERPRETER _____ OTHER _____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

**✓** Case called.

**✓** PTC Held.   ____PTC ADJOURNED TO _____ at _____

____ Pretrial Order signed.

_____ MOTION CONFERENCE held on _____

motion ~~to~~/for _____

Arguments heard

    _____ Motion granted.                (MOTGR\_\_\_)

    _____ Motion denied.                 (MOTDN\_\_\_)

    _____ Decision RESERVED.

    _____ Decision ENTERED ON THE RECORD.

    _____ Hearing adjourned to _____

✓ SPEEDY TRIAL INFORMATION for defts _____

Code Type: X-_____       Start Date: 11/23/16

                                            Stop Date: 1/18/17

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE _____

_____ JURY SELECTION BEFORE THIS COURT _____

_____ TRIAL DATE _____

OTHER: Further status 1/18/17 at 10:30 am