## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE **WEINSTEIN**  DATE: **1/18/17**  TIME **10:30 am**

DOCKET NUMBER: **CR 16-376**  TITLE **U.S.A. -v- Arroyo**

DEFT. NAME: **Christopher Arroyo**  DEFT. # _____
___Present ✓ Not Present ✓ In custody ___On Bail

ATTY. FOR DEFT: **Samuel Jacobson**
___Present ✓ Not Present

DEFT. NAME: _____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

DEFT. NAME _____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

DEFT. NAME _____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

DEFT. NAME _____ DEFT.#_____
___Present ___Not Present ___In custody ___On Bail

ATTY. FOR DEFT: _____
___Present ___Not Present

ASST. U.S. ATTORNEY **G. Srinivasan**  DEPUTY CLERK: **JUNE LOWE**

COURT REPORTER **L. Schwind**  ESR REPORTER _____

INTERPRETER _____ OTHER _____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

✓ ___ Case called.

✓ ___ PTC Held. ___PTC ADJOURNED TO _____ at _____

___ Pretrial Order signed.

_____ MOTION CONFERENCE held on _____

motion ~~to~~/for _____

Arguments heard

    _____ Motion granted.               (MOTGR\_\_\_)

    _____ Motion denied.                (MOTDN\_\_\_)

    _____ Decision RESERVED.

    _____ Decision ENTERED ON THE RECORD.

    _____ Hearing adjourned to _____

✓ SPEEDY TRIAL INFORMATION for defts _____

Code Type: X-_____       Start Date: 1/18/17

                                      Stop Date: 3/8/17

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE _____

_____ JURY SELECTION BEFORE THIS COURT _____

_____ TRIAL DATE _____

OTHER: Further status 3/8/17 @ 10:30 am.