## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE **WEINSTEIN**  DATE: **3/13/17**  TIME **10:30 am**

DOCKET NUMBER: **CR 16-376**  TITLE **U.S.A. -v- Arroyo**

DEFT. NAME: **Christopher Arroyo**  DEFT.#_____
  ✓ Present ___ Not Present ___ In custody ___ On Bail

  ATTY. FOR DEFT: **Samuel Jacobson**
  ✓ Present ___ Not Present

DEFT. NAME:_____ DEFT.#_____
  ___Present ___Not Present ___In custody ___On Bail

  ATTY. FOR DEFT:_____
  ___Present ___Not Present

DEFT. NAME_____ DEFT.#_____
  ___Present ___Not Present ___In custody ___On Bail

  ATTY. FOR DEFT:_____
  ___Present ___Not Present

DEFT. NAME_____ DEFT.#_____
  ___Present ___Not Present ___In custody ___On Bail

  ATTY. FOR DEFT:_____
  ___Present ___Not Present

DEFT. NAME_____ DEFT.#_____
  ___Present ___Not Present ___In custody ___On Bail

  ATTY. FOR DEFT:_____
  ___Present ___Not Present

ASST. U.S. ATTORNEY **K. Srinivasan**  DEPUTY CLERK: **JUNE LOWE**

COURT REPORTER **R. Barry**  ESR REPORTER_____

INTERPRETER_____  OTHER_____

  Docket Clerks: Enter all information under CALCALLAH,
  then enter other vital events names
  as needed.

✓ Case called.

✓ PTC Held. ___PTC ADJOURNED TO_____at_____

___ Pretrial Order signed.

_____ MOTION CONFERENCE held on _____

motion ~~to~~/for _____

Arguments heard

      _____ Motion granted.           (MOTGR\_\_\_)

      _____ Motion denied.            (MOTDN\_\_\_)

      _____ Decision RESERVED.

      _____ Decision ENTERED ON THE RECORD.

      _____ Hearing adjourned to _____

\_\_✓\_\_ SPEEDY TRIAL INFORMATION for defts _____

Code Type: X-_____   Start Date: 3/13/17
                                 Stop Date: 4/13/17

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE _____

_____ JURY SELECTION BEFORE THIS COURT _____

_____ TRIAL DATE _____

OTHER: _____