## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE _WEINSTEIN_   DATE: _4/13/17_   TIME _10:30 am_
DOCKET NUMBER: _CR 16-376_   TITLE _U.S.A. -v- Arroyo_
DEFT. NAME: _Christopher Arroyo_   DEFT.#_____
____Present  _✓_Not Present  ____In custody  ____On Bail

ATTY. FOR DEFT: _Samuel Jacobson_
____Present  _✓_Not Present

DEFT. NAME:_____   DEFT.#_____
____Present  ____Not Present  ____In custody  ____On Bail

ATTY. FOR DEFT:_____
____Present  ____Not Present

DEFT. NAME_____   DEFT.#_____
____Present  ____Not Present  ____In custody  ____On Bail

ATTY. FOR DEFT:_____
____Present  ____Not Present

DEFT. NAME_____   DEFT.#_____
____Present  ____Not Present  ____In custody  ____On Bail

ATTY. FOR DEFT:_____
____Present  ____Not Present

DEFT. NAME_____   DEFT.#_____
____Present  ____Not Present  ____In custody  ____On Bail

ATTY. FOR DEFT:_____
____Present  ____Not Present

ASST. U.S. ATTORNEY _K. Srinivasan_  DEPUTY CLERK: _JUNE LOWE_
COURT REPORTER _Sophie Nolan_  ESR REPORTER_____
INTERPRETER_____  OTHER_____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

_✓_ Case called.
_✓_ PTC Held.  ____PTC ADJOURNED TO_____at_____
____ Pretrial Order signed.

_____ MOTION CONFERENCE held on_____

motion ~~to~~/for_____

Arguments heard

    _____ Motion granted.           (MOTGR\_\_\_)

    _____ Motion denied.            (MOTDN\_\_\_)

    _____ Decision RESERVED.

    _____ Decision ENTERED ON THE RECORD.

    _____ Hearing adjourned to _____

\_\_\_✓\_\_\_ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____    Start Date: 4/13/17

                                            Stop Date: 5/15/17

_____ JURY SELECTION BEFORE MAGISTRATE JUDGE_____

_____ JURY SELECTION BEFORE THIS COURT_____

_____ TRIAL DATE_____

OTHER: Further status 5/15/17 at 10:30 a.m.

The defendant is permitted to leave home 2 hrs. per day twice a week.