## CRIMINAL CAUSE FOR PRETRIAL/MOTION CONFERENCE

BEFORE JUDGE __WEINSTEIN__   DATE: __5/15/17__   TIME __10:30 a.m.__

DOCKET NUMBER: __CR 16-376__   TITLE __U.S.A. -v- Arroyo__

DEFT. NAME: __Christopher Aaroyo__   DEFT.# ____
___ Present  __✓__ Not Present  ___ In custody  __✓__ On Bail

ATTY. FOR DEFT: __Samuel Jacobson__
___ Present  __✓__ Not Present

DEFT. NAME: _____   DEFT.# ____
___ Present  ___ Not Present  ___ In custody  ___ On Bail

ATTY. FOR DEFT: _____
___ Present  ___ Not Present

DEFT. NAME _____   DEFT.# ____
___ Present  ___ Not Present  ___ In custody  ___ On Bail

ATTY. FOR DEFT: _____
___ Present  ___ Not Present

DEFT. NAME _____   DEFT.# ____
___ Present  ___ Not Present  ___ In custody  ___ On Bail

ATTY. FOR DEFT: _____
___ Present  ___ Not Present

DEFT. NAME _____   DEFT.# ____
___ Present  ___ Not Present  ___ In custody  ___ On Bail

ATTY. FOR DEFT: _____
___ Present  ___ Not Present

ASST. U.S. ATTORNEY __G. Srinivasan__   DEPUTY CLERK: __JUNE LOWE__

COURT REPORTER __M. Lucchese__   ESR REPORTER _____

INTERPRETER _____   OTHER _____

Docket Clerks: Enter all information under CALCALLAH, then enter other vital events names as needed.

__✓__ Case called.

__✓__ PTC Held.   ___ PTC ADJOURNED TO _____ at _____

___ Pretrial Order signed.

```
_____ MOTION CONFERENCE held on_____

          motion to/for_____

          Arguments heard

                    _____ Motion granted.            (MOTGR___)

                    _____ Motion denied.             (MOTDN___)

                    _____ Decision RESERVED.

                    _____ Decision ENTERED ON THE RECORD.

                    _____ Hearing adjourned to _____
```

____✓____ SPEEDY TRIAL INFORMATION for defts_____

Code Type: X-_____    Start Date: 5/15/17
                           Stop Date:  7/10/17

____✓____ JURY SELECTION BEFORE MAGISTRATE JUDGE 7/10/17

_____ JURY SELECTION BEFORE THIS COURT_____

____✓____ TRIAL DATE 7/10/17

OTHER: In limine motions will be heard 7/3/17 at 10:30 am.

The defendant shall be closely supervised by the pre-trial services department.