TAD:DGR
F. #2016R00461

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                           Criminal Docket No. <u>16-376 (JBW)</u>

CHRISTOPHER ARROYO,

           Defendant.

- - - - - - - - - - - - - - - - -X

<u>COUNT ONE</u>
(Sexual Exploitation of a Child)

On the charge of sexual exploitation of a child in Count One, how do you find the defendant Christopher Arroyo?

      Guilty _____                       Not Guilty _____

<u>COUNT TWO</u>
(Receipt of Child Pornography)

On the charge of receipt of child pornography in Count Two, how do you find the defendant Christopher Arroyo?

      Guilty _____                       Not Guilty _____

<u>COUNT THREE</u>
(Possession of Child Pornography)

On the charge of possession of child pornography in Count Three, how do you find the defendant Christopher Arroyo?

Guilty _____                    Not Guilty _____

Have your foreperson sign and date this form, and return to the courtroom.

Dated: Brooklyn, New York
      July ____, 2017

 

_____
FOREPERSON