# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>CHRISTOPHER ARROYO<br>*Defendant* | Case No.   16-CR-376 (JBW) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:   06/29/2017

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Samuel I. Jacobson, Esq.
*Printed name of defendant's attorney*

/s/ James Orenstein
*Judge's signature*

Hon. James Orenstein, U.S.M.J.
*Judge's printed name and title*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2017 ★
BROOKLYN OFFICE