FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 29 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
    United States of America      :

           - against -                  :        CR 16-0376(JBW) (JO)

    Christopher Arroyo           :

------------------------------------------------------x

JAMES ORENSTEIN, U.S.M.J.:

## CONSENT TO HAVE A PLEA TAKEN BEFORE UNITED STATES MAGISTRATE JUDGE JAMES ORENSTEIN

      United States Magistrate Judge James Orenstein has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have my plea taken before Magistrate Judge James Orenstein. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

      After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge James Orenstein.

_____
Defendant

Bridget M. Rohde
*Acting* United States Attorney, E.D.N.Y.

_____
Attorney for the Defendant

By: _____
Assistant United States Attorney

Dated: June 29, 2017
Brooklyn, New York