**DOCKET NUMBER:**   CR 16-0376 (JBW)

## CRIMINAL CAUSE FOR Pleading

**BEFORE JUDGE:** James Orenstein, USMJ    **DATE:** 6/29/17    **TIME IN COURT** 30 Mins

**DEFENDANT'S NAME:** Christopher Arroyo    **DEFENDANT'S #:** 1

☒ Present   ❑ Not Present   ❑ Custody   ☒ Not Custody

**DEFENSE COUNSEL:** Samuel Jacobsob

☒ Federal Defender   ❑ CJA   ❑ Retained

**A.U.S.A.:** Drew Rolle

**CASE MANAGER OR MAGISTRATE CLERICAL:** Alicia Guy

**FTR:** 3:36 - 4:05

- ☒ Case Called
- ☒ Plea Hearing (~*Util-Plea Entered*)
- ☒ Deft. Sworn and Superseding Informed of Rights
- ☒ Waiver of Indictment Executed and Information Filed
- ☒ Deft. Enters a Plea of Guilty to the Sole Charge in the Superseding Information
- ☒ Court Finds Factual Basis for the Plea
- ☒ Deft. Continued on Bond
- ☒ Sentencing is scheduled for September 21, 2017, at 10:00 a.m. before Senior District Judge Jack B. Weinsten in courtroom 10 B, South
- ☒ Transcript Ordered

**UTILITIES**

☒ ~Util-Plea Entered   ❑ ~Util-Add terminate Attorneys   ☒ ~Util-Bond Set/Reset
❑ ~Util-Ex parte Matter   ❑ ~Util-Indictment Unsealed
❑ ~Util-Information Unsealed

**Do these minutes contain ruling(s) on motion(s)?**   ❑ YES   ☒ NO

**TEXT:** Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the allocution. A finding has been made that the plea was made knowingly and voluntarily and the plea was not coerced. The Magistrate Judge recommends that the plea of guilty be accepted.