**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ AUG 25 2017 ★

BROOKLYN OFFICE

## MEMORANDUM
### TO THE HONORABLE Jack B. Weinstein
### United States District Judge

RE: Christopher Arroyo
DOCKET NO.: 16-CR-376

Reference is made to the above-noted defendant who pled guilty before Magistrate Judge James Orenstein on June 29, 2017, to Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity. At that time, the Court ordered a presentence investigation to be conducted, and had set a sentence date of September 21, 2017. As such, the investigation was assigned to the undersigned Senior U.S. Probation Officer, Patricia A. Sullivan.

The officer and Defense Counsel were not available to schedule the presentence interview until August 2, 2017. The interview was not scheduled because of scheduling conflicts. This situation has caused a slight delay in the presentence investigations, and at this juncture, we respectfully request that new sentence dates be set for after October 23, 2017. This will provide sufficient time for the undersigned officer to complete the presentence report. This will also provide the Government and Defense Counsel with ample time to review the report. The Probation Department apologizes for any inconvenience that this delay may cause for the Court.

Respectfully Submitted,

Eileen Kelly
Chief U.S. Probation Officer

Prepared by: _____
Patricia A. Sullivan
Senior U.S. Probation Officer
(347) 534-3742

Date: August 24, 2017

cc:   Samuel Jacobson, Esq.
      Drew Rolle, Esq.

*Approved. Case coordinator shall set next date after consulting with the parties. So ordered.*
/s/ JBW 8/23/17

**SENTENCING IS ADJOURNED TO 10/30/17**
**AT 10:30 a.m.**

