**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 26, 2017

<u>By ECF and Electronic Mail</u>
The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Arroyo</u>, 16-CR-376 (JBW)

Dear Judge Weinstein:

      I write, with the consent of the government, to request a brief adjournment of sentencing in this case, currently scheduled for October 30 at 10:30am. Last night, Mr. Arroyo's stepfather was admitted to the hospital for treatment of liver disease and inpatient alcohol treatment. Because Mr. Arroyo's immediate family will be focused on this medical emergency over the next few days, and it is important to them to be present for Mr. Arroyo's sentencing, we respectfully request that Mr. Arroyo's sentencing be moved to a date that is convenient for the Court.

      Thank you for your consideration of this request.

Respectfully Submitted,

/s/
Samuel Jacobson
Assistant Federal Defender
(718) 407-7429

cc:    AUSA Drew Rolle (by ECF)
       Probation Officer Patricia Sullivan (by Email)