# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

---

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

[FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ OCT 31 2017 ★ BROOKLYN OFFICE]

October 26, 2017

By ECF and Electronic Mail
The Honorable Jack B. Weinstein
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**SENTENCING IS ADJOURNED TO 11/15/17 AT 10:30 a.m.**

*[Handwritten note: I am sorry to hear of this problem and hope for an early recovery of Mr. Arroyo's stepfather. Case continued. Set new date for sentencing. So ordered. /s/ JBW]*

Re: United States v. Arroyo, 16-CR-376 (JBW)

Dear Judge Weinstein:

I write, with the consent of the government, to request a brief adjournment of sentencing in this case, currently scheduled for October 30 at 10:30am. Last night, Mr. Arroyo's stepfather was admitted to the hospital for treatment of liver disease and inpatient alcohol treatment. Because Mr. Arroyo's immediate family will be focused on this medical emergency over the next few days, and it is important to them to be present for Mr. Arroyo's sentencing, we respectfully request that Mr. Arroyo's sentencing be moved to a date that is convenient for the Court.

Thank you for your consideration of this request.

Respectfully Submitted,

/s/
Samuel Jacobson
Assistant Federal Defender
(718) 407-7429

cc:  AUSA Drew Rolle (by ECF)
     Probation Officer Patricia Sullivan (by Email)