10 count

CRIMINAL CAUSE FOR SENTENCING

BEFORE: **WEINSTEIN J**     DATE: 2/26/18     TIME: 11 am

DOCKET NUMBER: CR 16-376     DEFT. NUMBER: _____

DEFENDANT: Christopher Arroyo

_____ Present   ✓ Not Present   _____ In Custody   _____ On Bail

ATTORNEY FOR DEFT.: Sam Jacobson

_____ C.J.A.   _____ Retained   _____ Legal Aid/PD

ASST. U.S. ATTORNEY: K. Srinivasan

COURTROOM DEPUTY: JUNE P. LOWE     INTERPRETER: _____
Ext. 2525

COURT REPORTER/ESR OPERATOR: M. Lucchese

TAPE NUMBER: _____

SENTENCE: Deft. not present. Sentencing is advanced to 3/7/18 at 11:00 am

DEFT. SENTENCED ON COUNTS: _____

OPEN COUNTS DISMISSED: _____ On Govt.'s Motion, _____ On Ct.'s Mot.

FINE: _____     SPECIAL ASSESSMENT: _____

SPECIAL CONDITIONS OF SUPERVISION: _____

IS SENTENCE STAYED? _____ Yes     STAYED UNTIL: _____
_____ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]