## CRIMINAL CAUSE FOR SENTENCING

**BEFORE:** WEINSTEIN   **DATE:** 3/20/18   **TIME:** 11:00 am

**DOCKET NUMBER:** CR 16-376   **DEFT. NUMBER:** _____

**DEFENDANT:** Christopher Arroyo
_____ Present   ✓ Not Present   ✓ In Custody   _____ On Bail

**ATTORNEY FOR DEFT.:** Samuel Jacobson
_____ C.J.A.   _____ Retained   _____ Legal Aid/PD

**ASST. U.S. ATTORNEY:** Karthik Srinivasan

**COURTROOM DEPUTY:** JUNE P. LOWE   **INTERPRETER:** _____
Ext. 2525

**COURT REPORTER/ESR OPERATOR:** S. Mace

**TAPE NUMBER:** _____

**SENTENCE:** Sentencing/evidentiary hearing held. Defendant is sentenced to 10 years imprisonment, 5 yrs supervised release

**DEFT. SENTENCED ON COUNTS:** 1 of the superseding indictment

**OPEN COUNTS DISMISSED:** ✓ On Govt's Motion,   _____ On Ct's Mot.

**FINE:** _____   **SPECIAL ASSESSMENT:** $100

**SPECIAL CONDITIONS OF SUPERVISION:** _____

**IS SENTENCE STAYED?** _____ Yes   **STAYED UNTIL:** _____
_____ No

[Defts. sentenced to probation/supervised release are to report immediately to the PROBATION DEPT., Room 405, 75 Clinton St., Bklyn., & present 1 copy of this form. The other copy should be sent by the Courtroom Deputy the same day. For remanded defts., the Courtroom Deputy should send both copies to the Prob. Office on the same day as the sentence.]